```
1   WRIGHT, FINLAY & ZAK, LLP
    T. Robert Finlay, Esq., SBN 167280
2   Charles C. McKenna, Esq., SBN 167169
3   Peter M. Watson, Esq., SBN 258784
    4665 MacArthur Court, Suite 280
4   Newport Beach, CA 92660
5   Tel: (949) 477-5050; Fax: (949) 477-9200
    cmckenna@wrightlegal.net; pwatson@wrightlegal.net
6
7   Attorneys for Defendants ROUNDPOINT MORTGAGE SERVICING
8   CORPORATION and COMPASS BANK
9
```

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| RAMIN MALEKI | ) Case No.: 2:13-cv-08996-PSG-RZ |
|---|---|
| Plaintiff, | ) |
| vs. | ) **STIPULATION FOR ORDER** |
|  | ) **DISMISSING ACTION WITH** |
| ROUNDPOINT MORTGAGE | ) **PREJUDICE** |
| SERVICING CORPORATION; QUALITY | ) |
| LOAN SERVICE CORPORATION; | ) |
| COMPASS BANK an entity form | ) [*FRCP* Rule 41(a)(1)(A)(ii)] |
| unknown; and DOES 1 - 25, inclusive, | ) |
| Defendants. | ) |
|  | ) [*Proposed Order Filed and Served* |
|  | ) *Concurrently herewith*] |

### TO THE HONORABLE JUDGE PHILIP S. GUTIERREZ:

This Stipulation is made and entered into by and among Plaintiff RAMIN MALEKI ("Plaintiff") and Defendants COMPASS BANK ("Compass") and ROUNDPOINT MORTGAGE SERVICING CORPORATION ("RoundPoint")

1

STIPULATION FOR ORDER DISMISSING ACTION AND RELATED-ACTION WITH PREJUDICE

ROUNDPOINT MORTGAGE SERVICING CORPORATION ("RoundPoint") (collectively the "Parties"),[1] pursuant to *Federal Rules of Civil Procedure* Rule 41(a)(1)(A)(ii), with reference to the following recitals:

### RECITALS

WHEREAS, on or about February 25, 2015, the Parties settled this Action.

WHEREAS, on or about February 27, 2015, United States Bankruptcy, Honorable Judge MAUREEN A. TIGHE, executed an Order Approving the Settlement Agreement between the Parties. A true and correct copy of the Settlement Approval Order is attached hereto as Exhibit "A".

### STIPULATION

NOW, THEREFORE, BASED UPON THE SETTLEMENT AGREEMENT BETWEEN THE PARTIES AND THE FOREGOING RECITALS, THE PARTIES HEREBY STIPULATE AND AGREE AS FOLLOWS:

1. The above-referenced Action identified as Case Number 2:13-cv-08996-PSG-RZ is dismissed in its entirety, as to all defendants, with prejudice.

Dated: February 18, 2015

RAMIN MALEKI
By: _____
RAMIN MALEKI, Plaintiff

**COMPASS BANK**

Dated: February 25, 2015

By: Monica L. Doherty
Name: Monica L. Doherty
Title: Vice President

**ROUNDPOINT MORTGAGE SERVICING CORPORATION**

Dated: February ___, 2015

By: _____
Name: _____
Title: _____

---

[1] Quality Loan Service Corporation is a nominal defendant and has agreed to be bound by any non-monetary judgment. As such, its participation in this stipulation is not necessary.

2
STIPULATION FOR ORDER DISMISSING ACTION AND RELATED-ACTION WITH PREJUDICE

1 | ROUNDPOINT MORTGAGE SERVICING CORPORATION ("RoundPoint")
2 | (collectively the "Parties"),[1] pursuant to *Federal Rules of Civil Procedure* Rule 41(a)
3 | (1)(A)(ii), with reference to the following recitals:

### RECITALS

5 | WHEREAS, on or about February 25, 2015, the Parties settled this Action.
6 | WHEREAS, on or about February 27, 2015, United States Bankruptcy,
7 | Honorable Judge Maureen A. Tighe, executed an Order Approving the
8 | Settlement Agreement between the Parties. A true and correct copy of the Settlement
9 | Approval Order is attached hereto as Exhibit "A".

### STIPULATION

11 | NOW, THEREFORE, BASED UPON THE SETTLEMENT AGREEMENT
12 | BETWEEEN THE PARTIES AND THE FOREGOING RECITALS, THE PARTIES
13 | HEREBY STIPULATE AND AGREE AS FOLLOWS:
14 | 1. The above-referenced Action identified as Case Number 2:13-cv-08996-
15 | PSG-RZ is dismissed in its entirety, as to all defendants, with prejudice.

Dated: February 18, 2015

By: _____
RAMIN MALEKI, Plaintiff

**COMPASS BANK**

Dated: February___, 2015

By: _____
Name: _____
Title: _____

**ROUNDPOINT MORTGAGE SERVICING CORPORATION**

Dated: February 25, 2015

By: _____
Name: BRAD JOHNSON
Title: VICE PRESIDENT

---

[1] Quality Loan Service Corporation is a nominal defendant and has agreed to be bound by any non-monetary judgment. As such, its participation in this stipulation is not necessary.

2

STIPULATION FOR ORDER DISMISSING ACTION AND RELATED-ACTION WITH PREJUDICE

EXHIBIT "A"

| In re: RAMIN MALEKI | CHAPTER: 13 |
| --- | --- |
| Debtor(s). | CASE NUMBER: 1:14-bk-14167-MT |

WRIGHT, FINLAY & ZAK, LLP
Nichole Glowin, Esq., SBN 262932
Peter M. Watson, Esq., SBN 258784
4665 MacArthur Court, Suite 280
Newport Beach, CA 92660
Tel: (949) 477-5050; Fax: (949) 608-9142
nglowin@wrightlegal.net

**FILED & ENTERED**

FEB 27 2015

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Cetullo  DEPUTY CLERK

Attorneys' for COMPASS BANK,
its successors and/or assigns

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO VALLEY DIVISION

In re:

RAMIN MALEKI,

    Debtor.

)   Case No.: 1:14-bk-14167-MT
)   Chapter: 13
)
)
)   **ORDER APPROVING SETTLEMENT**
)   **AGREEMENT**
)
)   Hearing Date: March 4, 2015
)   Hearing Time: 9:30 AM
)   Ctrm: 302
)   Place: 21041 Burbank Boulevard
)          Woodland Hills, CA 91367
)

    The Court, having considered the Stipulation for Order Approving Settlement Agreement ("Stipulation") entered into by and between COMPASS BANK ("Compass Bank"), on the one hand, and RAMIN MALEKI ("Debtor"), on the other hand, and for good cause showing,

///

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9013-3.1

| In re: RAMIN MALEKI | CHAPTER: 13 |
|---|---|
| Debtor(s). | CASE NUMBER: 1:14-bk-14167-MT |

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. The Settlement Agreement attached as Exhibit "A" to the Stipulation is approved, in its entirety.

2. This Court retains jurisdiction to enforce any and all terms of the parties' Settlement Agreement.

###

Date: February 27, 2015

Maureen A. Tighe
United States Bankruptcy Judge

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9013-3.1

# PROOF OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of eighteen (18) and not a party to the within action. My business address is 4665 MacArthur Court, Suite 280, Newport Beach, California 92660.

On March 2, 2015, I served the foregoing document described as **STIPULATION FOR ORDER DISMISSING ACTION WITH PREJUDICE** on all interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

Tsarina Branyan, Esq.
Law Offices of Tsarina Branyan
17011 Beach Boulevard, Suite 900
Huntington Beach, CA 92647
T: 855-272-6926 / F: 714-845-0167
*Attorney for Plaintiff RAMIN MALEKI*

R. Grace Rodriguez, Esq.
The Law Offices of Grace Rodriguez
21000 Devonshire Street, Suite 111
Chatsworth, CA 91311
T: 818-734-7223 / F: 818-338-5821
*Attorney for Plaintiff RAMIN MALEKI*

[ ]   (BY MAIL) I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at Newport Beach, California. I am readily familiar with the firm's business practice for collection and processing of correspondence for mailing with the U.S. Postal Service pursuant to which practice the correspondence is deposited with the U.S. Postal Service the same day in the ordinary course of business.

[X]   (BY ELECTRONIC SERVICE) Pursuant to CM/ECF System, registration as a CM/ECF user constitutes consent to electronic service through the Court's transmission facilities. The Court's CM/ECF systems sends an e-mail notification of the filing to the parties and counsel of record listed above who are registered with the Court's EC/ECF system.

[X]   (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on March 2, 2015, at Newport Beach, California.

Debbi Bosman